

**NUMBER 13-12-00710-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JACKIE BURKE,                                                                                    Appellant,

v.

ETS OILFIELD SERVICES, L.P.,                                                          Appellee.

**On Appeal from the County Court at Law No. 4
of Nueces County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Perkes
Memorandum Opinion Per Curiam**

Appellant, Jackie Burke, filed an appeal from a judgment entered by the County Court at Law No. 4 of Nueces County, Texas, in cause number 2012-CCV-60320-4. Appellant has filed an unopposed motion to withdraw the appeal and requests that this Court withdraw the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to withdraw the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to withdraw is GRANTED, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
17th day of January, 2013.